**Order entered October 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01010-CV
No. 05-16-01033-CV
No. 05-16-01034-CV
No. 05-16-01035-CV

## IN THE INTEREST OF S.N., JR., S.M., H.E., AND K.E., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-11-18595-U, DF-15-06055-U, DF-15-02203-U, DF-15-13084-U**

## ORDER

The Motion for Withdrawal filed by appellant's counsel, Charles W. Vaughan, is **GRANTED**, and the Clerk of this Court is **DIRECTED** to remove Charles W. Vaughan from the list of counsel for these cases. We **REMAND** these cases to the trial court and **ORDER** the trial court to appoint new counsel for appellant for these appeals. We **ORDER** the trial court to provide written notice to this Court of the identity of appellant's new counsel and date of appointment within ten days of the date of this order. Appellant's brief will be due twenty (20) days after the date of appointment. We **ABATE** these appeals for ten days or until we receive the trial court's notice of the appointment of appellant's counsel, whichever comes first.

/s/      ELIZABETH LANG-MIERS
         JUSTICE